

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MATTHEW BOYAKI, | § | No. 08-18-00047-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 448th District Court |
| | § | |
| MARIA RAMIREZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2016-DCV3516) |
| | § | |

## MEMORANDUM OPINION

Appellant, Matthew Boyaki, filed written notice that he is dismissing his appeal. We construed the document as a voluntary motion to dismiss the appeal pursuant to Rule 42.1. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

August 8, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.